Erica L. Rosasco (SBN 220836)
erica@mckaguerosasco.com
Michael G. Blankinship (SBN 302659)
mike@mckaguerosasco.com
**MCKAGUE | ROSASCO LLP**
1217 Pleasant Grove Blvd., Ste. 120
Roseville, CA 95678
Telephone: (916) 672-6552
Facsimile: (916) 672-6563

Attorneys for Defendant
OLE HEALTH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA INFANTE, individually and on behalf of other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OLE HEALTH and DOES 1-50,<br><br>Defendants. | Case No. 3:22-cv-4165<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1441** |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant, OLE HEALTH ("OLE") by and through undersigned counsel, hereby removes the above-entitled action from the Superior Court of the State of California, County of Napa to the United States District Court for the Northern District pursuant to 28 U.S.C. Sections 1331, 1441, and 1446. In support of such removal, OLE states as follows:

/ / /

/ / /

/ / /

**THE STATE COURT ACTION**

1. On April 8, 2022, Angelica Infante, individually, and on behalf of others similarly situated, (collectively, as "Plaintiff") commenced this action by filing a civil complaint for damages and declaratory relief in the Superior Court of the State of California, County of Napa, entitled *Angelica Infante, individually and on behalf of others similarly situated, v. OLE HEALTH and DOES 1-50*, as Case No. 22CV000380. Plaintiff did not serve OLE with the original complaint. Thereafter, on June 15, 2022, Plaintiff filed her First Amended Complaint (the "Complaint").

2. OLE was served with the Summons and Complaint on June 17, 2022. True and correct copies of the Summons, Complaint, and Civil Case Cover Sheet served on OLE are attached hereto as **Exhibit A.**

3. Plaintiffs' Complaint asserts the following claims for relief against OLE: (1) Violation of Labor Code 432.3 and 432.5; (2) Violation of Labor Code 201-203; (3) Violation of Labor Code 432.6; (4) Violation of Labor Code 432.7; (5) Violation of 15 U.S.C. §§ 1681 (Fair Credit Reporting Act); (6) Unfair Competition in Violation of Cal. Bus. & Prof. Code §§ 17200, Et Seq.; (7) Disability Discrimination in Violation of Cal Gov. Code § 12940(a); (8) Failure to Accommodate in Violation of Cal. Gov. Code "§ 129"; (9) Violation of Cal. Gov. Code § 12940(n) (10) Violation of Cal. Gov. Code § 12940(m)(2); (11) Violation of Cal. Gov. Code § 12940(h); (12) Violation of Cal. Gov. Code § 12940(k); (13) Violation of Labor Code Section 1102.5(b-c); (14) Wrongful Termination Against Public Policy; and (15) Violation of Private Attorneys General Act- Cal Lab. Code §§ 2698, et seq.

4. As a named and served defendant, OLE consents to this removal. While removal requires the consent of all defendants, this rule of unanimity does not apply to unknown parties, and therefore, consent by the Doe Defendants is not required. *See United Computer Sys., Inc. v. AT & T Corp.*, 298 F.3d 756, 762 (9th Cir. 2002)

**REMOVAL OF PLAINTIFF'S CLAIMS IS PROPER ON FEDERAL QUESTION GROUNDS**

5. This matter is a civil action over which this Court has original jurisdiction under 28 U.S.C. Section 1331 and is one which may be removed to this Court by OLE pursuant to 28 U.S.C.

1  § 1441(a). This is a civil action containing claims arising under federal statutes, specifically for
2  alleged violations of the Fair Credit Reporting Act, 15. U.S.C. §§ 1681 ("FCRA").

3        6.     Additionally, Plaintiff is seeking to certify a class for alleged violations of the FCRA.
4  Thus, the federal FCRA claims are central to the Complaint.

## SATISFACTION OF REQUIREMENTS OF 28 U.S.C. SECTION 1446

      7.     In accordance with 28 U.S.C. Section 1446(a), this notice of removal is filed in the district court of the United States in which the action is pending. The Superior Court of the State of California, County of Napa is located within the Northern District of California. Therefore, venue is proper in this Court pursuant to 28 U.S.C. Section 84(a) because it is the "district embracing the place where such action is pending." 28 U.S.C. Section 1146(a).

      8.     In accordance with 28 U.S.C. Section 1446(a), this notice of removal is accompanied by **Exhibit A**, which include copies of all process, pleadings, and orders served upon OLE in this action.

      9.     In accordance with 28 U.S.C. 1446(b), OLE Notice of Removal was filed within 30 days after initial receipt by OLE on June 17, 2022 of a copy of Plaintiff's Complaint.

      10.    In accordance with 28 U.S.C. Section 1446(d), OLE will provide written notice of removal of this action to Plaintiff, through her counsel of record, and file a copy of this Notice with the Superior Court of the State of California, County of Napa.

      11.    In the event this Court has a question regarding the propriety of this Notice of Removal, OLE requests that the Court issue an Order to Show Cause so that it may have an opportunity to more fully brief the basis for removal of the claims against OLE.

      WHEREFORE, OLE removes the action to this Court.

Dated: July 15, 2021                             **MCKAGUE | ROSASCO LLP**

                                                              */s/ Michael G. Blankinship*
                                                              Erica L. Rosasco
                                                              Michael G. Blankinship
                                                              Attorneys for Defendant OLE HEALTH

# CERTIFICATE OF SERVICE

*Angelica Infante v. OLE Health*
**USDC Northern District Case No. 3:22-cv-4165**

I am a citizen of the United States, over 18 years of age, employed in the County of Placer, and not a party to the within action. My business address is 1217 Pleasant Grove Blvd., Suite 120, Roseville, CA 95678.

On July 15, 2022, I served the within document(s):

**NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1441**

on the parties in said action addressed as follows:

Daniel Martinez de la Vega
LAW OFFICES OF DANIEL VEGA
201 Spear Street, Ste. 1100
San Francisco, CA 94105
ladvalaw@gmail.com
snakama@ladvalaw.com
**Attorney for Plaintiff**

**(X)   BY ELECTRONIC SERVICE:** I attached a true and correct copy of the above-entitled document(s) to CM/ECF by electronic transfer for service on all counsel of record by electronic service pursuant to the Order Authorizing Electronic Service. The file transmission was reported as complete and a copy of the CM/ECF receipt will be maintained with the document(s) in our office.

I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made. Executed on July 15, 2022, at Roseville, California.

                                          */s/ Samantha Paddock*
                                          Samantha Paddock